

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-14-00036-CV

**IN THE INTEREST OF A.M.E.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00043
Honorable Barbara Hanson Nellermoe, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED. Costs of appeal are taxed against Appellant Englebert Ng.

It is so **ORDERED** on April 2, 2014.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

Keith E. Hottle, Clerk